Kevin WILLIAMS *v.* STATE of Arkansas

CR 99-399                                                    990 S.W.2d 507

Supreme Court of Arkansas
Opinion delivered April 28, 1999

*G.B. "Bing" Colvin III*, for appellant.

No response.

P ER CURIAM. Appellant, Kevin Williams, by his attorney, G. B. "Bing" Colvin, III, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

■ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 295 Ark. 964 (1979) (per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.